IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PSHATOIA LAROSE, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | No. 3:24-CV-2375-X |
| | § | |
| ALEXIS MCFARLAND et al., | § | |
| | § | |
| *Defendants.* | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court therefore **DENIES** Plaintiff Pshatoia LaRose leave to proceed *in forma pauperis* and **ORDERS** that she pay the $405 filing fee within **21 days** of this order. If she does not, the Court will dismiss this action without prejudice under Federal Rule of Civil Procedure 41(b) without further notice.

IT IS SO ORDERED this 22nd day of January, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE